Maria Z. Stearns (State Bar No. 230649)
mstearns@rutan.com
Ryan Crosner (State Bar No. 278418)
rcrosner@rutan.com
RUTAN & TUCKER, LLP
611 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-1931
Telephone:   714-641-5100
Facsimile:    714-546-9035

Attorneys for Plaintiffs
ACER AMERICA CORPORATION; GATEWAY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACER AMERICA CORPORATION; GATEWAY, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> SAMSUNG ELECTRONICS AMERICA, INC. and DOES 1 through 20, inclusive, <br><br> Defendants. | Case No. CV-12-00914 [PSG] <br><br> [~~PROPOSED~~] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE |

IT IS HEREBY ORDERED that the Initial Case Management Conference currently scheduled for May 22, 2012 is continued to June 26, 2012 at 2:00 p.m.

IT IS FURTHER ORDERED that all other dates are continued accordingly.

Dated:  5/14/2012                              _____
                                               Hon. Paul S. Grewal
                                               Magistrate Judge, United States District Court

Case No. CV-12-00914 [PSG]
[~~PROPOSED~~] ORDER CONTINUING
INITIAL CASE MANAGEMENT
CONFERENCE

2564/029493-0002
3390826.1 a05/14/12                            -1-